UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOEL MATTEY,

                     Plaintiff,                            20 **CIVIL** 5304 (MKV)(OTW)

             -v-                                              **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 23, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
             February 23, 2021

                                                                  RUBY J. KRAJICK

                                                                   **Clerk of Court**
                                    **BY:**
                                                                       **Deputy Clerk**